United States District Court
Southern District of Texas
**ENTERED**
August 14, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TAMBRIA LEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Case No. 4:21-CV-01901 |
| | § | |
| SOUTHWEST AIRLINES COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the July 27, 2023 Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Bray. (Dkt. No. 65). Magistrate Judge Bray made findings and conclusions and recommended that Defendant's motion to dismiss the second amended complaint, (Dkt. No. 51), be denied. (Dkt. No. 65).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Magistrate Judge Bray's M&R, (Dkt. 65), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) Defendants' Motion to Dismiss, (Dkt. 51), is **DENIED**.

It is SO ORDERED.

Signed on August 11, 2023.

                                                                              **DREW B. TIPTON**
                                                   **UNITED STATES DISTRICT JUDGE**