Case 4:21-cv-01901   Document 140   Filed on 01/27/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 27, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TAMBRIA LEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-CV-01901 |
| | § | |
| SOUTHWEST AIRLINES COMPANY, | § | |
| | § | |
| Defendant. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the January 9, 2025, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Peter Bray. (Dkt. No. 139). Judge Bray made findings and conclusions and recommended that Plaintiff's Motion for Relief Under Rule 60(b), (Dkt. No. 131), be denied.

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Magistrate Judge Bray's M&R, (Dkt. No. 139), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) Plaintiff's Motion for Relief Under Rule 60(b), (Dkt. No. 131), is **DENIED**.

It is SO ORDERED.

Signed on January 27, 2025.

                                               **DREW B. TIPTON**
                               **UNITED STATES DISTRICT JUDGE**