# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TAMBRIA LEE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:21-cv-01901 |
| SOUTHWEST AIRLINES CO., | § § § | |
| Defendant. | § § | |

## JONATHAN RECTOR'S DECLARATION IN SUPPORT OF MOTION FOR ATTORNEY'S FEES

I, Jonathan G. Rector, declare as follows:

1. My name is Jonathan Rector, and I am an attorney licensed to practice in the State of Texas and am employed as a Shareholder at the Dallas, Texas office of Littler Mendelson, P.C. The facts stated in this declaration are within my personal knowledge and are true and correct.

2. Defendant Southwest Airlines Co. ("Defendant" or "Southwest") retained Littler Mendelson, P.C., to represent it in connection with the above-captioned litigation brought by Tambria Lee. Under Littler Mendelson, P.C.'s fee arrangement with Defendant, Southwest is responsible for payment of legal fees as they are incurred. The firm bills these fees to Defendant on an hourly basis with hourly rates varying depending on the identity of the particular timekeeper.

3. Following the Court's order denying Plaintiff's Motion Seeking Relief Under Rule 60(b) ("Rule 60(b) Motion"), I retrieved and reviewed Littler Mendelson's invoices and billing records for the attorneys' fees incurred by Defendant in this matter and identified billing entries relating to responding to Plaintiff's Rule 60(b) Motion.

4.     Attached hereto as **Exhibit 1-A** is the invoice containing the attorney's fees Defendant incurred responding to Plaintiff' Rule 60(b) Motion. I have redacted in this invoice fees billed to Defendant for work unrelated to Plaintiff's Rule 60(b) Motion.

5.     I am the lead attorney on this matter. In this capacity, I have had responsibility over the day-to-day management of the case and have performed a substantial amount of work in this case in addition to supervising other Littler Mendelson attorneys working on the case. I graduated from the University of Oklahoma College of Law in 2011 and have been an attorney for over 13 years, during which the majority of my practice has been devoted to employment matters such as this one. I am generally familiar with rates charged by other law firms in the Houston, Texas area.

6.     Courtney Jackson is one of the associate attorneys assisting on this matter. In this capacity, she has provided legal services on this matter with respect to discovery, case strategy, and case management. At all relevant times, her billing rate for this matter has been $425.00 per hour. Ms. Jackson graduated from Baylor University School of Law in 2019 and is in her fifth year of practice. Ms. Jackson has significant experience with employment matters, practicing employment law before coming to work at Littler Mendelson too. I am generally familiar with rates charged by other law firms in the Houston, Texas and Ms. Jackson's hourly rate is in line with the hourly rates customarily charged by attorneys in the Houston, Texas area with comparable experience, skill, and reputation.

7.     Based on my review of the related time entries and invoices, Southwest incurred approximately $4,845.00 in attorneys' fees as a direct result of Plaintiff filing her meritless Rule 60(b) Motion. *See* **Exhibit 1-A**. The services performed were necessary and the resulting attorneys' fees and costs were reasonable and well in line with those customarily charged in the Houston, Texas area for similar legal services by professionals with comparable experience, skill,

and reputation.

I declare under penalty of perjury of the laws of the State of Texas that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED this 10th day of February 2025.

*/s/ Jonathan Rector*
Jonathan G. Rector

DECLARATION OF JONATHAN RECTOR IN SUPPORT OF DEFENDANT'S MOTION FOR ATTORNEY'S FEES – PAGE 3
4937-7307-4969