# EXHIBIT 1-A



# INVOICE

**DATE:** December 23, 2024

**CLIENT:** SOUTHWEST TEXAS LABOR ARBITRATIONS
JUAN SUAREZ, ASSOCIATE GENERAL COUNSEL
HDQ-4GC
2702 LOVE FIELD
P.O. BOX 36611
DALLAS, TX 75235
EBILL VIA COLLABORATI

**Privileged & Confidential**

**CLIENT MATTER NUMBER:** ██████

**MATTER:** LEE, TAMBRIA

**BILLING ATTORNEY:** ███████

**INVOICE:** 7183537

**CURRENCY:** USD

**E-BILLING #:** █████

---

Legal Services for the period ending November 30, 2024

Total Fees for Services Rendered
Total Disbursements
**Total Amount Due This Invoice**        

Year-To-Date Fees
Year-To-Date Expenses

Cumulative Fees
Cumulative Expenses

---

**Payment due upon receipt**

---

**LITTLER MENDELSON P.C.** ** For billing inquiries related to this invoice, please email: █████████ **

**DATE:** December 23, 2024

**Invoice No. 7183537**

**CLIENT MATTER NUMBER:** ███████

Page 2

**CLIENT:** SOUTHWEST TEXAS LABOR ARBITRATIONS

**MATTER:** LEE, TAMBRIA

**Legal Services for the period ending November 30, 2024**

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| **L210** | | **Pleadings** | | |
| ███ | ██████████ | | ██ | ███ |
| | | | | |
| **Total for L210 Pleadings** | | | ██ | ███ |
| **L250** | | **Other Written Motions and Submissions** | | |
| 11/15/24 | CEJ | Analysis of Plaintiff's Motion to Seek Relief from Judgment under Rule 60(b) in preparation to draft response to same. | 1.40 | 595.00 |
| 11/17/24 | CEJ | Begin preparing response in opposition to Plaintiff's Rule 60(b) Motion for Relief from Judgment. | 1.60 | 680.00 |
| 11/18/24 | CEJ | Finish preparing response in opposition to Plaintiff's Rule 60(b) Motion for Relief from Judgment. | 1.70 | 722.50 |
| 11/19/24 | CEJ | Revise response in opposition to Plaintiff's Rule 60(b) Motion for Relief from Judgment in preparation to send to client for review and approval. | 2.80 | 1,190.00 |
| 11/19/24 | CEJ | Prepare correspondence to client contact, ████████, re Southwest's Response in Opposition to Plaintiff's Rule 60(b) Motion for Relief from Judgment. | 0.30 | 127.50 |
| ███ | ██████████ | | ██ | ███ |

**DATE:** December 23, 2024

**CLIENT MATTER NUMBER:** ███████

**CLIENT:** SOUTHWEST TEXAS LABOR ARBITRATIONS

**MATTER:** LEE, TAMBRIA

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 11/20/24 | CEJ | Revise Response in opposition to Plaintiff's Rule 60(b) Motion for Relief from Judgment to incorporate client's comments and revisions in preparation for filing. | 0.90 | 382.50 |



**Total for L250 Other Written Motions and Submissions**

**Total Legal Fees**

**FEE SUMMARY**

| Timekeeper | Title | Hours | Rate | Fees |
|------------|-------|-------|------|------|
| ███████ | | | | |
| Courtney E. Jackson | Associate | 11.40 | 425.00 | 4,845.00 |
| ███████ | | | | |

**Disbursements**

| Date | Description | Amount |
|------|-------------|--------|
| ███ | ███████ | ███ |

**DATE:** December 23, 2024

Invoice No. 7183537

**CLIENT MATTER NUMBER:** 103917.1016

Page 4

**CLIENT:** SOUTHWEST TEXAS LABOR ARBITRATIONS

**MATTER:** LEE, TAMBRIA

**Total Disbursements**  ████

**Total Amount Due This Invoice**  ████