United States Courts
Southern District of Texas
FILED

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

April 01, 2025

Nathan Ochsner, Clerk of Court

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

April 01, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 24-20346    Lee v. SW Airlines
                         USDC No. 4:21-CV-1901

The court has granted Appellant's opposed motion to reinstate the appeal.

Sincerely,

LYLE W. CAYCE, Clerk

*Dantrell Johnson*

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

Ms. Tambria Lee
Mr. Nathan Ochsner
Mr. Jonathan Gary Rector