United States District Court
Southern District of Texas
**ENTERED**
April 18, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **TAMBRIA LEE,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-CV-01901 |
| | § | |
| **SOUTHWEST AIRLINES COMPANY,** | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the March 20, 2025, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Peter Bray. (Dkt. No. 146). Judge Bray made findings and conclusions and recommended that Defendant Southwest Airlines Company's Motion for Attorney's Fees, (Dkt. No. 142), be denied.

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). On April 3, 2025, Plaintiff Tambria Lee filed objections to Judge Bray's M&R. (Dkt. No. 148). While Lee did not object to Judge Bray's denial of Southwest's motion, Lee did object that the M&R went too far when it ordered Lee to refrain from filing any documents without leave of court and explained that failing to do so would result in the court summarily striking the filings. (*Id.* at 1, 7–8).

In accordance with 28 U.S.C. § 636(b)(1)(C), the Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in

part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The Court has carefully considered de novo those portions of the M&R to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendations for plain error. Finding no error, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Magistrate Judge Bray's M&R, (Dkt. No. 146), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) Defendant Southwest Airlines Company's Motion for Attorney's Fees, (Dkt. No. 142), is **DENIED**.

(3) Lee's objections are overruled.

It is SO ORDERED.

Signed on April 17, 2025.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**